585 A.2d 350
STATE OF NEW JERSEY v. THOMAS MURRAY.

July 17, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 378, 573 *A.*2d 488)

585 A.2d 350
STATE OF NEW JERSEY v. VINCENT C. JOHNSON.

July 17, 1990.

Petition for certification granted.

585 A.2d 350
STATE OF NEW JERSEY v. CAROL J. MUNIZ
AND LOUIS J. MUNIZ.

July 17, 1990.

Petition for certification denied.

585 A.2d 350
STATE OF NEW JERSEY v. CAROL J. MUNIZ.

July 17, 1990.

Petition for certification denied.

585 A.2d 350
STATE OF NEW JERSEY v. DAVID WOMBLE.

July 17, 1990.

Petition for certification denied.